# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BARTOSIC,<br><br>                          Plaintiff,<br><br>v.<br><br>AVA ENERGY, INC; APR ENERGY, LLC,<br><br>                          Defendants. | Case No.:  22-cv-1708-CAB-MSB<br><br>**DISMISSAL WITH PREJUDICE** |

Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.**  This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.  It is **SO ORDERED**.

Dated:  March 16, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge